

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 28, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. A 10th Century Cambodian Sandstone Sculpture Depicting Skanda on a Peacock, 21 Civ. 6065 (AT)**

Dear Judge Torres:

The Government respectfully requests that the Court enter the attached proposed Judgment of Forfeiture as no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:  
Jessica K. Feinstein
Assistant United States Attorney
Tel.: (212) 637-1946