```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/29/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                                     :

UNITED STATES OF AMERICA,                                **JUDGMENT OF FORFEITURE**

                                                         :

      Plaintiff,

                                                         :        21 Civ. 6065 (AT)

   - v. -

                                                         :

A 10TH CENTURY CAMBODIAN SANDSTONE
SCULPTURE DEPICTING SKANDA ON A PEACOCK,  :

      Defendant-*in-rem*.                           :

                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about July 15, 2021, the United States of America (the "United States" or the "Government") filed a Verified Complaint seeking to forfeit the Defendant-*in-rem* seeking forfeiture of the Defendant-*in-rem* pursuant to (i) Title 19, United Stated Code, Section 1595a(c) as stolen property introduced into the United States contrary to law; (ii) Title 18, United Stated Code, Section 545 as merchandise which has knowingly been brought into the United States contrary to law; and Title 18, United Stated Code, Section 981(a)(1)(c) as property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United Stated Code, Section 2314;

        WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on July 29, 2021, and continuing through August 27, 2021, and proof of such publication was filed with the Clerk of this Court on September 28, 2021 (D.E. 6);

        WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose

of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or July 28, 2021, the Government sent direct notice via electronic mail to an attorney for the prior owner of the Defendant-*in-rem* (the "Noticed Party"); and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendant-*in-rem* shall be, and the same hereby is, forfeited to the Plaintiff United States of America.

2. The United States Customs and Border Protection (or its designee) shall dispose of the Defendant-in-rem, according to law.

SO ORDERED.

Dated: September 29, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge